SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-4600
        Facsimile: (213) 894-0115
        E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. CV 16-2746 TJH (FFMx) |
| Plaintiff, | Judgment |
| v. | [JS-6] |
| David J. Lombard and Joey M. Lombard, | |
| Defendants. | |

Based on the Stipulation for Judgment against David J. Lombard and Joey M. Lombard, and for good cause showing:

Defendants David J. Lombard and Joey M. Lombard are liable to the United States of America in the amount of $50,000.00, plus interest thereon from the date of this judgment pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622.

If Defendants David J. Lombard and Joey M. Lombard pay to the United States $40,000.00 on or before February 19, 2018, the United States will file a Notice of Satisfaction of Judgment.

The parties will each bear their own costs and expenses, including any attorney fees.

Payment shall be by check made payable to the United States Treasury and sent to the following address:

United States Attorney's Office
Attn: AUSA Gavin Greene
300 N. Los Angeles St., Room 7211
Los Angeles, CA 90012

**IT IS SO ORDERED**.

DATED: May 23, 2017

_____
TERRY J. HATTER, JR.
United States District Judge

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America